

E-filed
6/24/04

04 CV 1210 7 NG

UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| In re | |
|---|---|
| DANH T. NGUYEN<br>A/k/a Lisa Le | Docket No.: 03-12887-WCH<br><br>Chapter 7 |
| Debtor | |

## NOTICE OF APPEAL

NOW COMES Robert Louis Marrama and appeals from the order, judgment or decree of June 16, 2004, which denied the debtor's Motion to Convert to Chapter 13. The parties to this appeal are as follows:

| | |
|---|---|
| Danh T. Nguyen, a/k/a Lisa Le | David G. Baker<br>105 Union Wharf<br>Boston, MA  02109<br>(617) 367-4260 |
| Joseph Braunstein, Esq.<br>Chapter 7 Trustee | Jeffrey D. Ganz, Esq.<br>Riemer & Braunstein<br>Three Center Plaza<br>Boston, MA  02108<br>(617) 523-9000 |

Dated: ___June 24, 2004___

Respectfully submitted,
Danh T. Nguyen
By her attorney,

___David G. Baker___
David G. Baker, Esq.
105 Union Wharf
Boston, MA  02109
(617) 367-4260
BBO# 634889