UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>DANH T. NGUYEN<br>A/k/a Lisa Le<br><br>Debtor | Docket No.:   04-12107-NG<br><br>BANKRUPTCY APPEAL |

MOTION FOR EXTENSION OF TIME TO FILE BRIEF

  NOW COMES David G. Baker, attorney of record for the appellant in the above captioned matter, and moves the Court for an extension of time to file the appellant's brief, and for reasons states due to an unexpected and unfortunate confluence of events, it has become impossible for me to comply with the schedule set by the Order of October 4.  Specifically, I have two appeals for which briefs were due on October 19:  this one and docket number 04-12109-PBS.  In addition, I was required to file briefs in two other appeals to the Bankruptcy Appellate Panel after October 4 and before today.  Finally, I have a trial in a divorce matter in the Probate and Family Court (sitting in Springfield, MA) on October 20.  The foregoing, combined with routine matters, has made it impossible for me to prepare a brief which adequately addresses the issues raised by this appeal.

  Therefore, in order to avoid any prejudice to my client, I request an additional two weeks to prepare and file a brief.  I am unaware of any prejudice that the appellee would suffer if this motion is granted.

  WHEREFORE I request an extension of time to file the appellant's brief, to November 2, 2004.

October 19, 2004

                      Respectfully submitted,

                      *David G. Baker*
                      David G. Baker
                      105 Union Wharf
                      Boston, MA  02109
                      (617) 367-4260
                      BBO# 634889

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the within Motion was served upon the appellee by email transmission of a true copy of the same to jbraunstein@riemerlaw.com

                      *David G. Baker*
                      David G. Baker, Esq.