**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re: ) | |
| DAHN T. NGUYEN, ) | |
|     Debtor, ) | |
| ) | |
| DAHN T. NGUYEN, ) | |
|     Appellant, ) | |
| ) | |
| v. ) | C.A. No. 04-12107-NG |
| ) | |
| JOSEPH BRAUNSTEIN ) | |
|     as Chapter 7 Trustee, ) | |
|     Appellee. ) | |

**GERTNER, D.J.:**

### ORDER OF DISMISSAL

For the reasons set forth in the accompanying Memorandum and Order, Appellant/Debtor Dahn T. Nguyen's Appeal from the Decision of the United States Bankruptcy Court for the District of Massachusetts is hereby **DISMISSED**.

**SO ORDERED.**

**Dated: October 6, 2005**         **s/ NANCY GERTNER U.S.D.J.**