UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Danh T. Nguyen<br>A/k/a Lisa Le<br>Debtor | Docket No.:   03-12887-WCH<br>Chapter 7 |
| Danh. T. Nguyen,<br>Appellant<br>v.<br>Joseph Braunstein as Chapter 7 Trustee<br>Appellee | BANKRUPTCY APPEAL<br>Civil Action No. 04-12107-NG |

## APPELLANT'S MOTION FOR REHEARING

    NOW COMES Danh T. Nguyen, appellant, by her attorney, and respectfully moves the Court pursuant to FRBP 8015 for a rehearing in the above referenced matter, and for reasons states that the decision October 6, 2005, affirming the bankruptcy court, is based on errors of law such that rehearing is warranted, and the decision should be vacated and a new decision issued reversing the bankruptcy court.

    In further support of this motion, Nguyen respectfully refers the Court to her Memorandum of Law, attached and incorporated by reference.

    WHEREFORE Nguyen requests a rehearing on this matter, that the decision be vacated and that a new decision be issued reversing the bankruptcy court.

Dated: _____October 9, 2005_____

                                        Respectfully submitted,
                                        Danh T. Nguyen
                                        By her attorney,

                                        /s/_____*David G. Baker*_____
                                        David G. Baker, Esq. (BBO# 634889)
                                        105 Union Wharf
                                        Boston, MA 02109
                                        (617) 367-4260